IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

     Plaintiff,                   No. 2:12-cv-2693 EFB P

    vs.

HEDGEPH, et al.,                 ORDER

     Defendants.

_____/

     Plaintiff is a state inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.

     A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

     Here, the defendants are located in and the claim arose in Monterey County, California which is in the Northern District of California. 28 U.S.C. § 84(a). For the convenience of the parties and witnesses and in the interest of justice, this action is transferred to the United States

1

1 | District Court for the Northern District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v.*
2 | *McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
3 |     So ordered.
4 | DATED:  November 8, 2012.
5 |                                                  EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE