UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. KIRK,<br><br>            Plaintiff,<br><br>    v.<br><br>MR. HEDGPETH, warden; *et al.*,<br><br>            Defendants. | No. C-12-5882 EMC (pr)<br><br>**ORDER FOR PLAINTIFF TO PAY FEE OR FILE** *IN FORMA PAUPERIS* **APPLICATION** |

Plaintiff, formerly an inmate at Salinas Valley State Prison in Soledad, filed this *pro se* civil rights action under 42 U.S.C. § 1983.  He originally filed the action in the U.S. District Court for the Eastern District of California, and that court transferred the action to this Court.  The dockets of this Court and the Eastern District have no indication that Plaintiff paid the filing fee or filed an *in forma pauperis* application, or that he was ever asked to do so.  Plaintiff is now informed that there is a filing fee of $350.00 for a new civil action in federal court.  Plaintiff must either pay the full filing fee at the outset, or apply to proceed *in forma pauperis.*  As Plaintiff is no longer in prison, the Clerk will send to him the non-prisoner's *in forma pauperis* application.  Plaintiff must pay the filing fee, or submit a completed and signed *in forma pauperis* application by **March 25, 2013**.  Failure to pay the fee or file the application by the deadline will result in the dismissal of this action.

    IT IS SO ORDERED.


Dated: February 27, 2013

                                                                    _____
                                                                    EDWARD M. CHEN
                                                                    United States District Judge