UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. KIRK, | No. C-12-5882 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MR. HEDGPETH, Warden, *et al.*, | |
| Defendants. | |

Plaintiff, formerly an inmate at Salinas Valley State Prison in Soledad, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On February 27, 2013, the Court ordered Plaintiff to pay the filing fee or file a completed *in forma pauperis* application by March 25, 2013, or the action would be dismissed. *See* Docket # 6. Plaintiff has not paid the filing fee or filed a completed *in forma pauperis* application and the deadline by which to do so has long passed. Accordingly, this action is dismissed without prejudice because Plaintiff failed to pay the fee or file a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 29, 2013

_____
EDWARD M. CHEN
United States District Judge